RECEIPT # 52281
AMOUNT $ 5-
SUMMONS ISSUED No
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. Kim Abaid
DATE 12-8-03

FILED
IN CLERKS OFFICE
2003 DEC -8 P 12: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOMASUNDARAM
SIVANESAN.
A# 785 13756

PETITIONER,

03-12468 MEL

V.

1. JOSEPH F. McDONOUGH,
   - SHERIFF OF PLYMOUTH COUNTY,
   MY IMMEDIATE CUSTODIAN.

2. DEPARTMENT OF HOMELAND SECURITY
   - STEVEN J. FARQUHARSON, DISTRICT
   DIRECTOR, - CUSTODIAN.

RESPONDENT.

APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS
UNDER 28 U.S.C § 2241.

1. I AM PRESENTLY CONFINED AT PLYMOUTH COUNTY CORRECTIONAL FACILITY.

2. THE BASIS OF MY PETITION:

NOT HAVE STATUTORY AUTHORITY TO DETAIN ME INDEFINITELY. THIS IS BECAUSE MY REMOVAL CANNOT BE EFFECTED IN THE REASONABLY FORESEEABLE FUTURE. ZADVYDAS V. DAVIS, 533 U.S 678 (2001). THIS IS BECAUSE:

(A) THE D.H.S IS NOT ABLE TO DEPORT ME TO SRI LANKA. THE REPRESENTATIVE OF SRI LANKA CONSULATE IN WASHINGTON D.C IS NOT SUBMITTING MY TRAVEL DOCUMENTS TO THEM (D.H.S). THE D.H.S MAILED A PACKAGE TO MY CONSULATE 12TH OF JANUARY, 2002 REQUESTING FOR MY TRAVEL DOCUMENTS AND SINCE THEN, THE HAVE BEEN WAITING WITHOUT ANY RESPONSE.

(B) I HAVE WRITTEN THE SRI LANKAN CONSULATE MANY TIMES AND THEY SAID THEY CANNOT GET MY TRAVEL DOCUMENTS. THE LAST TIME I CALLED THE CONSULATE WAS 17TH OF NOV. 2003 AND THE ANSWER REMAINED THE SAME — NO TRAVEL DOCUMENTS.

GROUND TWO: MY INDEFINITE DETENTION BY RESPONDENTS IS IN VIOLATION OF MY RIGHTS TO PROCEDURAL AND SUBSTANTIVE DUE PROCESS, AS GUARANTEED BY THE FIFTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

I HAVE FULLY COOPERATED WITH THE D.H.S IN ORDER TO GET MY TRAVEL DOCUMENTS. THEY HAVE MY PHOTOS AND FINGERPRINTS

ADDRESSES REQUESTING RELEASE:-

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURT HOUSE
1 COURT HOUSE WAY SUITE 2300
BOSTON MA 02210

DEPARTMENT OF HOMELAND SECURITY
HEADQUATERS POST-ORDER UNIT (HQPOU)
801 I ST. NW,
WASHINGTON D.C, 20536

DAVID J. VENTURELLA
DEPUTY DIRECTOR
OFFICE OF DETENTION & REMOVAL
425, I ST. NW
WASHINGTON DC 20536

STEVE J. FARQUHARSON
THE DIRECTOR (DISTRICT)
BOSTON DISTRICT OFFICE
J.F.K FEDERAL BUILDING
GOVERNMENT CENTER
BOSTON MA 02203



(B) I DO PRAY THAT YOU GIVE ME A CHANCE TO GET BACK WITH MY FAMILY IN CANADA

(C) I AM WILLING TO ABIDE WITH ALL THE CONDITIONS IMPOSED ON ME UPON RELEASE AND ALSO TO AVAIL MYSELF TO THE D.H.S AT ANY DAY MY REMOVAL IS IMMINENT.

(D) IF I AM RELEASED, I WILL BE STAYING AT 650 FRANKLIN ST APT 1R, WORCESTER, MA 01605

THANK YOU FOR YOUR TIME & CONCERN.

I DECLARE UNDER PENALTY AND PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

DATE:
11-26-03

SINGNATURE
S. Sevvinesen